HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel. (916) 498-5700/Fax (916) 498-5700
Rachelle_barbour@fd.org

Attorney for Defendant
DEVON SEXAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVON SEXAUER,<br><br>Defendant. | Case No. 6:17-MJ-0091-JDP<br><br>**MOTION AND ORDER VACATING REVIEW HEARING**<br><br>Date: September 10, 2019<br>Time: 10:00 a.m.<br>Hon. Jeremy D. Peterson |

On July 13, 2018, the Court placed Mr. Sexauer on a term of 18 months of unsupervised Probation, with the condition that Mr. Sexauer reside in a residential program through the Central Valley Regional Center for 12 months, and comply with all conditions of the treatment program. The completion date for that condition was July 13, 2019. The matter was set for a review hearing on August 14, 2019. The parties jointly requested that the review hearing be continued to September 10, 2019, so that the parties could obtain proof of compliance with Mr. Sexauer's conditions.

Mr. Sexauer was released to the CVRA residential home on July 16, 2019 (Docket 11), and continues to live in that home. Defense counsel spoke with Mr. Sexauer's counselor with CVRA, who confirmed that Mr. Sexauer is in full compliance and is progressing well. As noted by his counselor, the living environment is "happy and successful." Mr. Sexauer particiates in social vocational services and job coaching. The counselor's letter is attached to this motion,

and has been provided to the Government.  The counselor's letter also indicates that Mr. Sexauer's contact with his father has been very positive.  The Legal Officer is out of the office until the end of this week, and accordingly, defense counsel is unable to obtain the Government's position on this motion.

     Mr. Sexauer requests that the Court vacate the review hearing currently set for September 10, 2019.  He also requests that his unsupervised probation be terminated.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: September 3, 2019          */s/ Rachelle Barbour*
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for DEVON SEXAUER

ORDER

The review hearing scheduled for September 10, 2019 is vacated.  The court orders that defendant's term of probation terminate on September 16, 2019.

IT IS SO ORDERED.

Dated:   September 9, 2019                                                     _____
                                                                              UNITED STATES MAGISTRATE JUDGE